May 9, 2019

To Whom It May Concern:

My name is Bernardo Garcia and I am guilty of the following offense:

- Felon illegally or unlawfully possessing a firearm in and affecting interstate and foreign commerce.

I, Bernardo Garcia accept full responsibility for my actions and wrongdoing for this offense. I am truly sorry for the acts that I have committed.

_____
Bernardo Garcia